# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3141

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Zachary Hrasky, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: January 23, 2009
Filed: January 28, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Zachary Hrasky pleaded guilty to being a felon in possession of a firearm. He now appeals the district court's[1] final judgment, asserting that he is seeking a final decision from this court so he can petition the Supreme Court for review of this court's earlier interlocutory decision in United States v. Hrasky, 453 F.3d 1099 (8th Cir. 2006) (reversing suppression of evidence), cert. denied, 127 S. Ct. 2098 (2007).

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

In this appeal, Hrasky does not challenge any ruling by the district court. Regarding the suppression issue, we conclude that this court's prior decision is law of the case and that there is no basis for revisiting it. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____